**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

September 3, 2025

Re:   *Lopez v. IDVC, LLC*
<u>Case No.: 1:25-cv-6386</u>

Dear Judge Schofield,

    The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, IDVC, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 16, 2025, at 3:15 PM (Dkt. 6) be adjourned for 60 days because the Defendant was recently served (Dkt. 7) and their counsel has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

---

Application **GRANTED** in part. The conference scheduled for September 16, 2025 is adjourned to **October 21, 2025, at 3:15 P.M.** The parties shall submit their pre-conference materials by October 14, 2025. The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 8.

Dated: September 4, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE