UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
VICTOR LOPEZ, :
:
Plaintiff, :   25 Civ. 6386 (LGS)
-against- :
:
IDVC, LLC, :   **ORDER**
Defendant. :
------------------------------------------------------------- :
X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in an Order entered August September 4, 2025, the parties were directed to file a proposed Civil Case Management Plan and Scheduling Order and joint letter by October 14, 2025.

WHEREAS, the initial pretrial conference is currently scheduled for October 21, 2025 at 3:15 P.M.

WHEREAS, Defendant has not appeared in this action.

WHEREAS, the parties failed to submit the proposed case management plan or joint letter.  It is hereby

**ORDERED** that, if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and not later than **October 16, 2025**.  If Plaintiff has not been in communication with Defendant, Plaintiff shall instead file a status letter indicating whether Plaintiff requests an adjournment of the conference and why, or whether Plaintiff intends to seek a default judgment against Defendant.

Dated: October 15, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**