# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

October 17, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED.** The conference scheduled for October 21, 2025 is **ADJOURNED** to **November 18, 2025.** By **November 11, 2025**, the parties shall a joint status letter and proposed case management plan. If Plaintiff has not been in contact with Defendant by that date, then Plaintiff shall file a letter requesting to waive the conference.

Dated: October 17, 2025
       New York, New York

Re:   *Lopez v. IDVC, LLC*
      Case No.: 1:25-cv-6386

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield,

The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, IDVC, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for October 21, 2025 at 3:15 P.M. (Dkt. 9) be adjourned for an additional 30 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. If at the end of this extended 30 day period the Defendant still fails to appear, we will promptly seek to file for a default judgment. This is the Plaintiff's second request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.